THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alan Dale Chronister,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2004-UP-125
Submitted November 19, 2003  Filed 
 February 26, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster,Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson,all 
 of Columbia;  and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Alan Chronister was sentenced 
 to twenty years in prison following his plea to numerous charges. He appeals, 
 arguing his plea was involuntary. Counsel for Chronister attached to the final 
 brief a petition to be relieved as counsel. Chronister filed a separate pro 
 se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Chronisters 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.